AO 93 (Rev. 11/13)  Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>the USPS Ground Advantage parcel bearing tracking number 9400 1118 9956 1435 3405 91 addressed to: "Chrishon Sawyer Chrishon Sawyer 122 N blanche ST Mounds IL 62962-1002" with a return address of "9099 E 8th St melko@123.net 9099 E 8th St RCH CUCAMONGA CA 91730-4501" | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:24 MJ 7306 (SPM)<br><br>SUBMITTED TO THE COURT AND SIGNED BY RELIABLE ELECTRONIC MEANS |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___EASTERN___ District of ___MISSOURI___
*(identify the person or describe the property to be searched and give its location)*:

**The USPS Ground Advantage parcel bearing tracking number  9400 1118 9956 1435 3405 91 addressed to: "Chrishon Sawyer Chrishon Sawyer 122 N blanche ST Mounds IL 62962-1002" with a return address of "9099 E 8th St melko@123.net 9099 E 8th St RCH CUCAMONGA CA 91730-4501."**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Illegal firearms components and/or MCDs.

**YOU ARE COMMANDED** to execute this warrant on or before ___December 16, 2024___ *(not to exceed 14 days)*
✓ in the daytime 6:00 a.m. to 10:00 p.m. ❑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to SHIRLEY P. MENSAH___.
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _30_____ days *(not to exceed 30)*    ❑ until, the facts justifying, the later specific date of _____.

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date and Time issued: ___December 3, 2024, at 13:48___

_____
*Judge's signature*

City and State: ___St. Louis, MO_____

Hon. Shirley P. Mensah, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>4:24 MJ 7306 (SPM) | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____        _____
                                      *Executing officer's signature*

                         _____
                                        *Printed name and title*

